# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No.  2:06-cv-194-FtM-29DNF

**WILLIAM L. MOESHLIN and PATRICIA S. MOESHLIN,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS (Doc. No. 12)** |
| **FILED:** | **April 10, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

| | |
|---|---|
| **MOTION:** | **ORAL MOTION TO DISMISS BY THE GOVERNMENT** |
| **FILED:** | **April 26, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

The Respondent, Patricia S. Moeshlin moved to dismiss the action against her.  She asserts in her Motion that she has paid her tax debt for the years 1996 and 1997.  A hearing was held on April 26, 2006.  At the hearing, counsel for the Government stated, "Respondent Patricia Moeshlin has indeed satisfied her tax liability and but for the fact that Mr. Steinbeck took the bench, I'm sure we would have processed the notice of dismissal as to her.  So we would move to dismiss Patricia Moeshlin."  (Tr[1]. p. 3).   Pursuant to Rule 41(a)(1), the parties have stipulated to the dismissal of Patricia Moeshlin.

Therefore, it is respectfully recommended that the Motion to Dismiss (Doc. 12) by Patricia Moeshlin and the Oral Motion to Dismiss by the Government be granted, and Patricia Moeshlin be dismissed from this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

---

[1] "Tr." refers to the transcript of the hearing held on April 26, 2006.  (Doc. 19).

Respectfully recommended in Chambers in Ft. Myers, Florida this  25th    day of May, 2006.

*Douglas N. Frazier* (signature)
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record