UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                              Case No.  2:06-cv-194-FtM-29DNF

WILLIAM L. MOESHLIN and PATRICIA S.
MOESHLIN,

                Defendants.
_____

## OPINION AND ORDER

_____ This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed May 25, 2006, recommending that defendant Patricia S. Moeshlin's Motion to Dismiss (Doc. #12) and the Oral Motion to Dismiss by the Government be granted, and defendant Patricia S. Moeshlin be dismissed from the case.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. §
636(b)(1)(C).   The district judge reviews legal conclusions de
novo, even in the absence of an objection.  See Cooper-Houston v.
Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro
Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.   The Report and Recommendation is hereby **accepted** and
defendant Patricia S. Moeshlin's Motion to Dismiss (Doc. #12) and
the Oral Motion to Dismiss by the Government are **GRANTED.**

2.   Defendant  Patricia  Moeshlin  is  **dismissed**  without
prejudice.  The Clerk shall withhold the entry of judgment until
the conclusion of the case.  The Clerk is further **directed** to
terminate all previously scheduled deadlines and pending motions as
they relate to defendant Patricia Moeshlin only.

3.   The Petition to Enforce Internal Revenue Summons and
defendant William L. Moeshlin's Motion to Dismiss (Doc. #10) are
**referred** to the assigned United States Magistrate Judge for the
issuance of a Report and Recommendation regarding the appropriate
disposition of the case, including the entry of any orders or

hearings as deemed necessary to expedite the disposition of this case.

   **DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of June, 2006.


_____
JOHN E. STEELE
United States District Judge


Copies:
Hon. Douglas N. Frazier
MAGCD
Counsel of record
Unrepresented parties