UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

vs.  Case No. 2:06-cv-194-FtM-29DNF

WILLIAM L. MOESHLIN and PATRICIA S. MOESHLIN,

        Respondents.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #34), filed January 19, 2007, recommending that the Petition to Enforce Internal Revenue Service Summons be granted with the exception of the years 1996 and 1997; that the Motion to Dismiss (Doc. #10) be granted as to the years 1996 and 1997 and be denied as to the years 1992, 1993, 1994, and 1995. Defendant William L. Moeshlin filed an Objection (Doc. #35) on February 1, 2007. The Court previously adopted the Magistrate Judge's Report and Recommendation as to defendant Patricia S. Moeshlin who was dismissed without prejudice. (See Doc. #24.)

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28

U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the report and recommendation and the objections, the Court accepts the Report and Recommendation of the magistrate judge and overrules such objections.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #34) is hereby **adopted** as follows:

    a. The Petition to Enforce Internal Revenue Service Summons (Doc. #1) is **GRANTED,** with the exception of years 1996 and 1997;

    b. Defendant William L. Moeshlin's Motion to Dismiss (Doc. #10) is **GRANTED** as to the years 1996 and 1997 and **DENIED** as to the years 1992, 1993, 1994, and 1995;

    c. The Clerk shall unseal the documents produced under seal, and provide copies to the government of said documents;

    d. Defendant William Moeshlin shall appear before a Revenue Officer, or any other designated officer of the Internal Revenue Service **on or before March 9, 2007,** to provide testimony and produce documents in his possession for examination responsive to the Summons, including but not limited to testimony and documents relating to First Banc Capital, LLC and Americapital Mortgage of Southwest Florida Branch 512 accounts.

    e. **On or before March 16, 2007,** the Internal Revenue Service shall file a Notice as to whether the Summons has been or has not been satisfied.

    f. If the Internal Revenue Service files a Notice that the Summons has not been satisfied, a sentencing hearing on the contempt will be conducted before the undersigned on **March 26, 2007, at 9:00 A.M.,** in Courtroom A, Sixth Floor, Fort Myers,

Florida.  **Defendant shall appear in person**.  The failure to appear in person shall result in the issuance of a warrant for his arrest.

    **DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of February, 2007.

                                      JOHN E. STEELE
                                      United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties