UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

           Petitioner,

vs.                             Case No. 2:06-cv-194-FtM-29DNF

WILLIAM L. MOESHLIN,

           Respondent.
_____

**OPINION AND ORDER**

     This matter came before the Court on March 26, 2007, for a sentencing hearing as to William L. Moeshlin for contempt of court. Respondent William L. Moeshlin (Moeshlin or respondent) was served with an Internal Revenue Service Summons on February 23, 2005. In due course the summons was enforced as to years 1992 through 1995. The Court ultimately determined respondent had failed to comply with the summons, found him in contempt of court, and provided an opportunity to purge. Petitioner appeared on March 1, 2007, for an interview with the IRS officer, but produced no records. Respondent has filed a transcript of that interview. After receiving notice from the IRS that respondent had not purged the contempt, the Court scheduled sentencing for March 26, 2007. After hearing from both sides, the Court continued the sentencing pending filing of memoranda concerning a legal issue. Petitioner's Memorandum of Law (Doc. #44) was filed on April 16, 2007.

Respondent William L. Moeshlin filed a Motion to Dismiss (Doc. #41) on March 19, 2007, and filed a Notice of Compliance (Doc. #45) on April 23, 2007.

Respondent's Motion to Dismiss is premised on the position that his March 1, 2007, interview with the IRS was in full compliance with the Court's Opinion and Order.  Having read the transcript of the interview, the Court finds otherwise. Accordingly, the Motion to Dismiss is denied.

It is clear that respondent is required to make in good faith all reasonable efforts to comply with an IRS summons, and that a mere assertion that he no longer has such documents is insufficient.  The Court finds that respondent has not demonstrated that he has made in good faith all reasonable efforts.  The Court will allow a final opportunity for respondent to purge the contempt by taking the specific steps outlined below by the time of the re-scheduled sentencing hearing.

Accordingly, it is now

**ORDERED**:

1.  Respondent's Motion to Dismiss (Doc. #41) is **DENIED.**

2.  Sentencing is scheduled before the undersigned for **July 16, 2007 at 10:00 a.m.** in Courtroom A, Sixth Floor.  Respondent may purge himself of contempt by completing all of the following prior to sentencing:

(A) Obtaining from his wife, Patricia Salis Moeshlin, a properly signed authorization, on a form approved by the Internal Revenue Service, to obtain a copy of bank statements and other bank records of her personal bank accounts for any time period beginning January 1, 2004 during which respondent deposited funds into the accounts or was the recipient of funds from the account.  This includes but is not limited to the Landmark Services bank account at Bank of America, number 0036-0438-5016.  Cost for the production of the authorized records will be borne by the IRS.

(B)  Obtaining from Securities Research, Inc. a properly signed authorization, on a form approved by the Internal Revenue Service, to obtain a copy of bank statements and other bank records of First Bank Capital, LLC account for any time period beginning January 1, 2004 through the account closure, or obtaining a copy of the bank documents.  Cost for the production of the authorized records will be borne by respondent.

(C)  Obtaining from Dollar Investment Corp. Of Memphis and/or Americapital Mortgage of Southwest Florida a properly signed authorization, on a form approved by the Internal Revenue Service, to obtain a copy of bank statements and other bank records of the Americapital Mortgage of Southwest Florida account with Bank of America for the time period beginning January 1, 2004 through December, 2006.  Cost for the production of the authorized records will be split evening between respondent and the IRS.


(D) Producing those records which he had in his former residence, including the garage, to which he testified in the March 1, 2007 interview.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of May, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Parties of record